IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY STOCKER MINA, | : | |
| TLC DREAMS FOUNDATION, and | : | |
| THE TRUTH TODAY FOR A BETTER | : | |
| TOMORROW POLITICAL COMMITTEE, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-6261 |
| | : | |
| v. | : | |
| | : | |
| CHESTER COUNTY, CHESTER COUNTY | : | |
| COURT OF COMMON PLEAS, | : | |
| PRESIDENT JUDGE JAMES P. | : | |
| MACELREE, JUDGE ANTHONY | : | |
| SARCIONE, JUDGE THOMAS GAVIN, | : | |
| JUDGE JACQUELINE CARROLL CODY, | : | |
| JUDGE KATHERINE B.L. PLATT, JUDGE | : | |
| MARK L. TUNNELL, JUDGE JOHN L. | : | |
| BRAXTON, CHESTER COUNTY | : | |
| DOMESTIC RELATIONS SECTION | : | |
| (CCDRS), CCDRS DIRECTOR JOSEPH M. | : | |
| WATERS, CCDRS DEPUTY DIRECTOR | : | |
| WILLIAM R. WHITEHEAD, CCDRS | : | |
| DIRECTOR ROBIN KELLY, CCDRS | : | |
| ADMINISTRATIVE SECRETARY | : | |
| CATHY SMITH, CCDRS ENFORCEMENT | : | |
| OFFICER SHAUNA JOHNSON, CCDRS | : | |
| STAFF ATTORNEY MARY JONES, | : | |
| CCDRS HEARING OFFICER RICHARD | : | |
| LOMBARDI, CCDRS HEARING OFFICER | : | |
| ROSE ANDERSON, FAMILY COURT | : | |
| SECRETARY JANET SNYDER, | : | |
| DIRECTOR OF JUVENILE PROBATION | : | |
| ROBERT E. KYLE, CHESTER COUNTY | : | |
| COURT REPORTER CHIEF WILLIAM | : | |
| HANDY, CHESTER COUNTY DISTRICT | : | |
| ATTORNEY (CCDA) THOMAS HOGAN, | : | |
| CCDA PETER HOBART, CCDA JOSEPH | : | |
| CARROLL (FORMER DA), CCDA CRISTIN | : | |
| KUBACKE, CCDA CHARLES GAZA, | : | |
| WEST CHESTER POLICE DEPARTMENT | : | |
| (WCPD), WCPD CHIEF SCOTT BOHN, | : | |
| WCPD DETECTIVE STAN BILLIE, | : | |
| WCPD SGT. LOUIS DESCHULLO, | : | |

| | |
|---|---|
| WCPD OFFICER GREG CUGINO, CHESTER COUNTY PROBATION COLLECTION OFFICER DANIELLE CUGINO, CHESTER COUNTY PROBATION OFFICER KEITH LAURER, CHESTER COUNTY PUBLIC DEFENDER JOHN MERRICK, CHESTER COUNTY PUBLIC DEFENDER NATHAN SHENKER, PROTHONOTARY BRYAN WALTERS, DAILY LOCAL NEWS COURTHOUSE, ATTORNEY GENERAL TOM CORBETT, ATTORNEY LEONARD J. RIVERA, ATTORNEY DAWSON RICHARD MUTH, ATTORNEY ERIC TRAJTENBERG, DAILY LOCAL NEWSPAPER, OPTIMA WEB DESIGN/ENET (RON SHUR, NICK POTOPOV), FEDERAL COURT JUDGE LUIS FELIPE RESTREPO, FEDERAL COURT JUDGE MITCHELL S. GOLDBERG, CHESTER COUNTY PROBATION OFFICER CHARLES MAINES, WELLS FARGO BANK, MONTGOMERY COUNTY, MONTGOMERY COUNTY COURT OF COMMON PLEAS, JUDGE BERNARD A. MOORE, JOHN AND/OR JANE DOE SECRETARY OR LAW CLERK OF J. BERNARD A. MOORE, LUMBER LIQUIDATORS, DELAWARE COUNTY, DELAWARE COUNTY JUVENILE DETENTION CENTER, MARK A. MURRAY, DIRECTOR OF DELAWARE COUNTY JUVENILE DETENTION, MEDCENTER 100, DISTRICT JUDGE WILLIAM KRAUT, CHESTER COUNTY HOSPITAL, MICHAEL J. DUNCAN CC HOSP. CEO, WEST GOSHEN TOWNSHIP, WEST GOSHEN POLICE DEPARTMENT, and WEST GOSHEN POLICE OFFICER JOHN J. LISS,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

2

## ORDER

**AND NOW**, this 29th day of October, 2015, after reviewing all documents submitted by the parties; and after two proceedings held before the undersigned; and for the reasons expressed in the accompanying memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** for want of subject-matter jurisdiction;

2. The motion for costs of service filed by the plaintiffs (Doc. No. 129) is **DENIED**;

3. The motion to transfer venue filed by the plaintiffs (Doc. No. 137) is **DENIED**;

4. All remaining motions are **DENIED AS MOOT**; and

5. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.